tauqua County, Hartley, J.—Reargument.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

◼ KEVIN J. HILTON, Appellant, v JANA M. HILTON, Respondent. (Appeal No. 3.) [668 NYS2d 113] —Order unanimously affirmed without costs. Same Memorandum as in *Hilton v Hilton* ([appeal No. 1] 244 AD2d 902 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Hartley, J.—Counsel Fees.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

◼ MARY COLENZO, Respondent, v PALM BEACH CLUB, INC., Appellant. (Appeal No. 1.) [668 NYS2d 111] —Judgment unanimously affirmed without costs. Memorandum: We reject defendant's contention that the jury's award for past and future pain and suffering is excessive. The award does not deviate materially from what would be reasonable compensation (*see,* CPLR 5501 [c]; *Harvey v Mazal Am. Partners,* 79 NY2d 218, 225). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Damages.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

◼ MARY COLENZO, Respondent, v PALM BEACH CLUB, INC., Appellant. (Appeal No. 2.) [668 NYS2d 112] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Set Aside Verdict.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

◼ KELLE BELMONT, Respondent, v PALM BEACH CLUB, INC., Appellant. (Appeal No. 3.) [668 NYS2d 114] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Damages.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

◼ KELLE BELMONT, Respondent, v PALM BEACH CLUB, INC., Appellant. (Appeal No. 4.) [668 NYS2d 114] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Set Aside Verdict.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

◼ KELLE BELMONT, Respondent, v PALM BEACH CLUB, INC., Appellant. (Appeal No. 5.) [668 NYS2d 115] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendant's request for a missing witness charge with respect to plaintiff's treating neurologist. It is ap-